IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **BRENDA S. ROOKE, Personal and Wrongful Death Representative for the Wrongful Death of KYLE L. ROOKE, Individually and on Behalf of all Statutory Beneficiaries,** | ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | Civil No. 11-CV-377J |
| V. | ) ) | |
| **QEP ENERGY COMPANY, a Foreign Corporation, LYLE HUFF, INC., a Foreign Corporation, and UNIT DRILLING COMPANY, a Foreign Corporation,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

### ORDER ON PETITION FOR AUTHORITY
### TO SETTLE CLAIMS AND TO DISTRIBUTE FUNDS

This matter came before the Court upon the petition of Brenda S. Rooke for authority to settle claims and distribute funds. The hearing was held at 3:00 p.m., August 30, 2012. Petitioner Brenda S. Rooke appeared by telephone together with her attorney, Robert P. Schuster. Upon reviewing the matters on file herein, including the Petition and Exhibit A attached thereto, the Court FINDS the Petition should be granted.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court approves and ratifies the settlement of this wrongful death action, the terms of which are detailed in Mr. Schuster's letter of August 29, 2012 (Exhibit A).

2. The Court orders payment of the attorney fees and expenses as detailed in that letter and accompanying documents.

3. The Court orders distribution of the net settlement proceeds to the statutory beneficiaries as described in the Complaint in this matter (except Mrs. Clayburn who died on May 3, 2012) and as further detailed in the letter attached hereto as Exhibit A.

4. The Court authorizes and directs Petitioner to execute any and all documents which may be reasonable or necessary to fully settle the claims herein as discussed in Exhibit A.

5. The Court authorizes Petitioner's attorney---after the full execution of all release and settlement documents---to accomplish the dismissal of the above-captioned matter with prejudice.

6. The Court orders that Exhibit A to the Petition be sealed and that it not be opened except on advance notice to counsel for Petitioner and upon specific, written order of this Court.

Dated this 30th day of August, 2012.

Alan B. Johnson
U.S. District Court Judge